No. 11-5017. Karl Grant Losee, Petitioner v. Richard Garden, et al.

565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5543,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 420 Fed. Appx. 821.